# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

LUXOTTICA RETAIL NORTH AMERICA INC.,
d/b/a PEARLE VISION,

     Plaintiff,

v.                                   **CASE NO**: 8:09-cv-1805-T-26AEP

STONYBROOK VENTURES, INC., and
BRIAN F. CULLATHER,

     Defendants.

_____/

# <u>O R D E R</u>

     Upon due consideration, it is ordered and adjudged that Plaintiff's Motion for Summary

Judgment (Dkt. 29) is stricken pursuant to paragraph 6(g) of the Court's Case Management and

Scheduling Order entered November 23, 2009, at docket 26, for failure to comply with paragraph

6(b) of that order.

     **DONE AND ORDERED** at Tampa, Florida, on April 27, 2010.


                                  __*s/Richard A. Lazzara*_____
                                  **RICHARD A. LAZZARA**
                                  **UNITED STATES DISTRICT JUDGE**


<u>COPIES FURNISHED TO</u>:
Counsel of Record